## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| HSBC Auto Finance, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vinier and Linda Davis, | ) | |
| | ) | Case No. 4:09-cv-013 |
| Defendants. | ) | |

There has been relatively litte activity in this case since it was initiated on March 36, 2009. Plaintiff filed an amended complaint on December 28, 2009. Defendants were served on January 4, 2010. Returns of Service on defendants were filed on January 11, 2010. Summons issued to defendants were returned executed on January 11, 2010. Defendants have yet to formally answer or otherwise file a response to plaintiff's complaint.

Plaintiff filed a status report on March 31, 2010, advising the court that the parties were negotiating towards a mutual settlement agreement in this matter. On June 2, 2010, plaintiff further advised the court that the parties had reached a settlement. Closing documents have yet to be filed, however.

Plaintiff shall a submit a report updating the court on the status of this action by October 31, 2011.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court